UNITED STATES BANKRUPTCY COURT
DISTRICT OF DELAWARE

| | |
|---|---|
| In Re:<br><br>LATASSHA WASHINGTON<br><br><br>Debtor | Chapter 13<br><br>Bankruptcy No. 18-12232-BLS |

## TRUSTEE'S APPLICATION TO PAY UNCLAIMED FUNDS INTO THE COURT AND DISALLOW BALANCE OF CLAIM AS ABANDONED

I, William F. Jaworski, Jr., Chapter 13 Trustee ("Trustee") of the within estate, respectfully applies to this Honorable Court for an Order under 11 U.S.C. Section 347 as follows:

1. LATASSHA WASHINGTON, Debtor, filed this petition under Chapter 13 of the Bankruptcy Code on October 04, 2018.

2. The Debtor has fully performed the terms and conditions of the Plan, made all required payments and is entitled to receive a Chapter 13 Discharge.

3. A balance remains in the Debtor's estate of $9.54 representing a dividend to SNAP FINANCE, P.O. BOX 26561, SALT LAKE CITY, UT  84126 Claim # 008 on the Court's Claims Register.

3. The Trustee has attempted to issue this dividend on several occasions and the disbursement checks have been returned or have not been negotiated. Accordingly, the Trustee has voided any checks issued.

4. The balance of $9.54 represents unclaimed funds for which the Trustee requests permission to pay into the Court..

WHEREFORE, it is respectfully requested that this Court grant permission to the Trustee to pay said unclaimed funds in the total amount of $9.54 into the Court for the benefit of the referenced claimant.

Date: 06/10/2026

*/s/ William F. Jaworski, Jr.*
William F. Jaworski, Jr., Esq.
Chapter 13 Trustee
824 N. Market Street, Suite 1002
Wilmington, DE  19801
Telephone: (302) 656-0123

UNITED STATES BANKRUPTCY COURT
DISTRICT OF DELAWARE

In Re:

LATASSHA WASHINGTON

Debtor

Chapter 13

Bankruptcy No. 18-12232-BLS

**ORDER TO PAY UNCLAIMED FUNDS INTO COURT AND**
**DISALLOW BALANCE OF CLAIM AS ABANDONED**

**IT IS ORDERED** that the Chapter 13 Trustee shall pay unclaimed funds, as stated in the foregoing Application, in the amount of $9.54 for Claim # 008 to the Clerk, United States Bankruptcy Court for the District of Delaware as unclaimed and,

**IT IS FURTHER ORDERED,** that the balance of Claim # 008 be deemed disallowed and abandoned.

_____
United States Bankruptcy Judge

Dated this _____ of _____, _____

UNITED STATES BANKRUPTCY COURT
DISTRICT OF DELAWARE

| | |
|---|---|
| In Re:<br><br>　　　LATASSHA WASHINGTON<br><br><br><br>　　　　　　Debtor | Chapter 13<br><br>Bankruptcy No. 18-12232-BLS |

## CERTIFICATE OF SERVICE

I, Judy Cullum, do hereby certify that a true and correct copy of the foregoing *Trustee's Application To Pay Unclaimed Funds Into the Court and Disallow Balance of Claim as Abandonded* has been served this 10th day of June, 2026 upon those listed below:

**First Class USPS:**

**Debtor**
LATASSHA WASHINGTON
109 TRANQUILITY LANE
GEORGETOWN, DE  19947

**Claimant**
SNAP FINANCE
P.O. BOX 26561
SALT LAKE CITY, UT  84126
.Change to use Notice address

**Electronically via ECF/System ONLY:**


ERIN K. BRIGNOLA, ESQUIRE


                                        */s/ Judy Cullum*
                                        _____
                                        Judy Cullum
                                        for
                                        William F. Jaworski, Jr., Esq.
                                        Chapter 13 Trustee
                                        824 N. Market Street, Suite 1002
                                        Wilmington, DE  19801
                                        Telephone: (302) 656-0123